# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-3134

**Case Name** Rise Economy, et al. v. Vought, et al.

**Counsel submitting this form** Derek Weiss

**Represented party/parties** Vought, et al.

*Briefly describe the dispute that gave rise to this lawsuit.*

After concluding that the Federal Reserve had no "combined earnings" from which to fund the CFPB, and pursuant to 12 U.S.C. § 5497(e)(1), the CFPB's Acting Director "determine[d] that sums available to the Bureau under this section will not be sufficient," "prepare[d] a report regarding the funding of the Bureau" and "submit[ed] the report to the President and to the Committee on Appropriations of the Senate and the Committee on Appropriations of the House of Representatives."

Plaintiffs who disagreed with that determination sued and sought a declaratory judgment and an injunction in the nature of mandamus ordering the Acting Director to request funding from the Federal Reserve.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

While the case was pending, the Acting Director requested and obtained funding from the Federal Reserve pursuant to a different district court order.  The district court here later granted a declaratory judgment and an injunction.

The appeal raises threshold issues as well as the merits issues of whether the Acting Director's actions were contrary to 12 U.S.C. § 5497(a)(1) or otherwise arbitrary and capricious.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Two related cases are ongoing.  A pre-existing injunction in NTEU v. Vought, No. 25-cv-381 (D.D.C.), was interpreted to require CFPB to request funds from the Federal Reserve.  2025 WL 3771192, at *17 (D.D.C. Dec. 30, 2025). Separately, several states filed a still-pending suit similar to this case.  See New York v. Vought, No. 6:25-cv-2384 (D. Or).

**Signature** s/ Derek Weiss  **Date** 5/20/26
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

2