[NOT YET SCHEDULED FOR ORAL ARGUMENT]

**IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

RISE ECONOMY, et al.,

Plaintiffs-Appellees,

v.

RUSSELL T. VOUGHT, et al.,

Defendants-Appellants.

No. 26-3134

**UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Defendants-Appellants respectfully request a 30-day extension of time, to and including October 2, 2026, in which to file its opening brief. Plaintiffs-Appellees do not oppose this motion.

In support of this motion, the government states the following:

**1.** This case concerns a dispute about 12 U.S.C. § 5497 and the manner and circumstances in which the Consumer Financial Protection Bureau (CFPB) requests funding from the Federal Reserve. Plaintiffs

sought and obtained both a declaratory judgment and an injunction requiring CFPB to continue requesting quarterly funding.

**2.** The government's opening brief was first due August 3, 2026. On July 21, 2026, the Court granted a first extension motion, extending the deadline to September 2, 2026.

**3.** The government respectfully requests a 30-day extension of time in which to file its opening brief, to and including October 2, 2026. The requested extension is necessary in light of intervening and upcoming appellate deadlines for which government counsel is responsible.

Derek Weiss has principal responsibility for preparing the government's filings in this case. Mr. Weiss also has responsibility for the following matters with impending deadlines: *American Council of Learned Societies v. National Endowment for the Humanities*, No. 26-1825 (2nd Cir.) (opening brief due September 8, 2026); *In re Trump*, No. 25-5452 (D.C. Cir.) (en banc) (reply brief due September 11, 2026); *L.N.P. v. Bisignano*, No. 26-1825 (4th Cir.) (opening brief due September 14, 2026). Mr. Weiss has also during this time had certain non-public internal responsibilities in matters for which the Civil Division is responsible for supporting other components of the Justice Department,

including the Office of the Solicitor General. In addition, during the time allotted for drafting the government's brief, Mr. Weiss was traveling for one week on previously scheduled leave.

Melissa Patterson has supervisory responsibility for the government's filings in this case. Ms. Patterson also has supervisory responsibility for the following matters with impending deadlines: *Neurelis Inc. v. Diamantas*, No. 25-5125 (D.C. Cir.) (reply brief due August 24, 2026); *AFGE v. OPM*, No. 25-5875 (9th Cir.) (oral argument on August 28, 2026); *Rhode Island v. Trump*, No. 26-1070 (1st Cir.) (oral argument on September 16, 2026).

**4.** Pursuant to Circuit Rule 31-2.2(b)(5) and (b)(7), the government represents that it has exercised diligence, that the brief will be filed within the time requested, and that the court reporter is not in default with regard to any designated transcripts.

**5.** The government has contacted counsel for Plaintiffs, who have represented that Plaintiffs do not oppose this motion.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court extend the deadline for its opening brief by 30 days, so that the brief would be due on or before October 2, 2026.

Respectfully submitted,

MELISSA N. PATTERSON

/s/ *Derek Weiss*
DEREK WEISS
*Attorneys, Appellate Staff*
*Civil Division, Room 7230*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 616-5365*

AUGUST 2026

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 475 words.

*/s/ Derek Weiss*
Derek Weiss